[No. 18556.  *En Banc.*  February 6, 1925.]

W. DE GOOYER *et al., Respondents*, v. NORTHWEST TRUST & STATE
BANK, *Defendant*, NORTHWESTERN FRUIT EXCHANGE,
*Appellant.*[1]

Appeal from a judgment of the superior court for Yakima
county, Gilbert, J., entered September 5, 1923, in favor of the plain-
tiffs, in an action to foreclose laborers' liens, tried to the court.
Reversed.

*Kerr, McCord & Ivey*, for appellant.
*Harcourt M. Taylor*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the
court adhere to the Departmental opinion heretofore filed herein
and reported in 130 Wash. 652, 228 Pac. 835. The judgment is there-
fore reversed and the cause dismissed.

———————

[No. 18557.  *En Banc.*  February 6, 1925.]

C. B. SHOEMAKER, *Appellant*, v. WHITE-DULANEY COMPANY *et al.,
Respondents.*[2]

Appeal from a judgment of the superior court for Spokane
county, Lindsley, J., entered November 3, 1923, upon findings in
favor of the defendants, dismissing an action for equitable relief,
tried to the court. Affirmed in part and reversed in part.

*Driscoll & Horrigan*, for appellant.
*Vorhees & Canfield* and *Hamblen & Gilbert*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, the court adhere to
the Departmental opinion heretofore filed herein and reported in
131 Wash. 347, 230 Pac. 162.

The disposition there directed is therefore the order of this
court.

[1]Reported in 232 Pac. 695.

[2]Reported in 232 Pac. 695.